UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGURIETE MATTINGLY,<br><br>    Plaintiff,<br><br>    v.<br><br>HILLARY CARLVIN JUSTICE,<br><br>    Defendant. | Case No. 24-cv-03061-EMC<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO POSTPONE**<br><br>Docket No. 11 |

    Defendant, proceeding pro se, has filed a motion in which he appears to be asking for a change in the briefing schedule and hearing date on Plaintiff's motion to remand. The Court hereby **GRANTS** Defendant's request for relief in part. Defendant shall have until July 29, 2024, to file an opposition to Plaintiff's motion to remand. Plaintiff shall then have until August 5, 2024, to file a reply. The hearing on Plaintiff's motion to remand is temporarily **VACATED**. After the briefing is completed, the Court shall determine whether a hearing is necessary.

    This order disposes of Docket No. 11.

    **IT IS SO ORDERED**.

Dated: July 16, 2024

_____
EDWARD M. CHEN
United States District Judge