UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGURIETE MATTINGLY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>HILLARY CARLVIN JUSTICE,<br><br>　　　　Defendant. | Case No. 24-cv-03061-EMC<br><br>**CORRECTED ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Docket No. 23 |

　　　　Previously, the Court granted Plaintiff's motion to remand.  Defendant has now appealed that ruling and has asked for leave to proceed in forma pauperis on appeal.

　　　　The Court denies the motion to proceed in forma pauperis on appeal on the basis that the appeal is frivolous.

　　　　The Clerk of the Court is directed  to serve a copy of this order on the parties and the United States Court of Appeals for the Ninth Circuit.


　　　　**IT IS SO ORDERED**.


Dated: August 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge