UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGURIETE MATTINGLY,<br><br>        Plaintiff,<br><br>     v.<br><br>HILLARY CARLVIN JUSTICE,<br><br>        Defendant. | Case No. 24-cv-03061-EMC<br><br>**ORDER RE DEFENDANT'S MOTION FOR ASSIGNMENT OF ANOTHER JUDGE**<br><br>Docket No. 35 |

Previously, the Court issued an order in which it noted, *inter alia*, that this case is closed and that, if Defendant wishes to make future filings, he must ask for leave to do so and establish good cause. *See* Docket No. 33 (order). Defendant has now filed a motion asking for this case to be reassigned to a different judge. Defendant has failed to establish good cause for the filing. The Court also takes note that the Ninth Circuit has now issued an order stating that it lacks jurisdiction over Defendant's appeal. *See* Docket No. 34 (Ninth Circuit order). Accordingly, the Court denies Defendant leave to file the motion.

**IT IS SO ORDERED**.

Dated: September 30, 2024

_____
EDWARD M. CHEN
United States District Judge