1
2
3
4                  UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6
7    MARGURIETE MATTINGLY,                Case No.  24-cv-03061-EMC
8              Plaintiff,
9         v.                             **ORDER DENYING DEFENDANT'S
                                         MOTION FOR LEAVE TO FILE**
10   HILLARY CARLVIN JUSTICE,
                                         Docket No. 37
11             Defendant.
12
13
14        In August 2024, the Court granted Plaintiff's motion to remand.  *See* Docket No. 19

15   (order).  Since that date, Defendant has made various filings.  In an order filed on September 12,

16   2024, the Court reiterated that the case is closed and that, if Defendant wishes to make further

17   filings in the case, he must ask for leave to do so and establish good cause for the filing or the

18   filing would be stricken.  *See* Docket No. 33 (order).

19        Now pending before the Court is Defendant's motion for leave in which he asks for

20   revocation of the Court's most recent order located at Docket No. 36.  Defendant has failed to

21   establish good cause.  Accordingly, the motion for leave to file is **DENIED**.

22
23        **IT IS SO ORDERED**.

24
25   Dated: October 16, 2024

26
27                                    _____
                                      EDWARD M. CHEN
28                                    United States District Judge

United States District Court
Northern District of California